```
STATE OF INDIANA        )        LaPorte Superior Court No. 4
                        )SS
COUNTY OF LAPORTE       )        2017 TERM

ROGER WOLFF,            )
        Plaintiffs,     )        Cause No.: 46004-1701-CT-30
Vs.                     )
LYNN M. VON RUEDEN,     )
        Defendant.      )
```

FILED IN CLERKS OFFICE
JAN - 6 2017
LA PORTE SUPERIOR COURT NO. 4

## COMPLAINT

Comes now the Plaintiff, Roger Wolff, by Attorney Mark Woodcox, and for this cause of action state as follows:

1. That the Plaintiff resides at 0441 West Powell Drive, Laporte, Indiana 46350.

2. That the Defendant Lynn Von Reuden was the owner and driver of a 2008 Ford Expedition on or about January 10, 2015.

3. That on or about January 10, 2015, Plaintiff, Roger Wolff, was a pedestrian in a parking lot.

4. That Defendant, Lynn Von Reuden, approached Plaintiff, Roger Wolff, after he parked his vehicle and words were exchanged. As she attempted to leave in an angry manner, Lynn Von Reuden, accelerated causing her vehicle to "fish tail" on the snow covered pavement, striking Mr. Wolff and throwing him to the ground.

5. That Defendant attempted to leave the scene but was stopped by a fence.

6. That Defendant negligently breached her duty by driving recklessly causing her to be unable to maintain control of her vehicle when she struck the Plaintiff.

7. That as a direct and proximate result of Defendant's negligence, Roger Wolff suffered substantial injuries, some of which may be permanent, emotional, physical and mental and have incurred considerable expense for medical treatment. Mr. Wolff continues to have left leg pain and numbness.

Wherefore, the Plaintiff prays for damages reasonably calculated to compensate him for his injuries and losses, for costs and for all other necessary and proper relief the court deems appropriate.

Respectfully Submitted by the
Herrbach & Woodcox, PC

_____
MARK WOODCOX #27656-71
Attorney for Plaintiff
401 Washington Street, Suite A
Michigan City, In. 46360
Phone (219) 872-5564

## JURY TRIAL DEMAND

Plaintiff by counsel requests a trial by jury on all issues.

BY: _____
MARK WOODCOX
Attorney for Plaintiff