UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROGER WOLFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:17-CV-45-PPS-MGG |
| | ) |
| LYNN M. VON RUEDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties' Joint Dismissal Stipulation [DE 11] with prejudice is **SO ORDERED**, and this case is **DISMISSED WITH PREJUDICE** and thereby **CLOSED**. All future settings and deadlines are **VACATED**.

**SO ORDERED**.

ENTERED: May 2, 2017.

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT